FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

June 14, 2021

No. 04-21-00108-CV

**IN THE INTEREST OF B.K.C., A CHILD**

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2019PA00984
Honorable Mary Lou Alvarez, Judge Presiding

## O R D E R

    Appellant has filed a motion to access the appellate record. We GRANT the motion and direct the Clerk of this Court to send appellant a paper copy of the appellate record.

_____
Liza A. Rodriguez, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of June, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court